UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20545-Civ-KMM-Moore

NORMA McPHERSON,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF ANSWERS TO EXPERT INTERROGATORIES

Plaintiff, through counsel, files this Notice of Serving Answers to Expert Interrogatories

dated September 10, 2013.

        ROBERT J. FIORE, P.A.
        Counsel for Plaintiff
        Museum Tower, PH II-2900
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: (305) 358-4011
        Fax: (305) 358-4019

        By:    */s/ Robert J. Fiore*
                Robert J. Fiore

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail on October 9, 2013 to Michael A. Garcia, Esq., Fowler, White, Burnett, P.A., mgarcia@fowler-white.com and to Joel S. Perwin, Esq., Joel S. Perwin, P.A., jperwin@perwinlaw.com.

        By:    */s/ Robert J. Fiore*
                Robert J. Fiore
                robert@robertfiorelaw.com

ROBERT J. FIORE, P.A.



2013-10-09 14:27   Robert J. Fiore, PA        305-358-4019 >> er white burnett   P 2/6

CASE NO. 13-20545-Civ-KMM-Moore

## ANSWERS TO EXPERT INTERROGATORIES

**INTERROGATORY # 1:**

With regard to all expert witnesses you intend to utilize at trial, please state the following (this is meant to include those experts that you have disclosed pursuant to the Federal Rules of Civil Procedure, Court Order, through expert interrogatories and/or otherwise, or have not disclosed but nonetheless intend to utilize at trial):

(a) The identity of such person, giving the name, address, and professional title (i.e. doctor, professor, or other expert or professional designation or description).

(b) What the expert was retained to do and the compensation charged by the expert for performing the requested task.

(c) His/her educational background, giving the name of the educational institutions attended, the date of attendance and degrees earned with dates thereof.

(d) His/her specialty within his/her profession, if any.

(e) His/her experience within his/her field, giving the dates, names and addresses of employers, if any; the dates, names, and addresses of institutions associated with, if any; and other experience indicating dates and places.

(f) Name of all professional associations or societies with which he/she is related or a member, stating his/her status with each and the inclusive dates of such status.

(g) The title, name of publication, name of publisher, and date of publication of any published articles, books, etc. authored by each such person.

(h) Whether said expert has ever been a witness in any other lawsuit, and if so, for each such lawsuit give the name and court case number of the suit, the nature of the litigation, the name of the court, the approximate date of the testimony, and the name and address of the parties or attorneys for whom he/she gave evidence/testimony,

**ANSWER:**

Objection. This interrogatory question violates Rule 33 of the Federal Rules of Civil Procedure, which provides in pertinent part:

Rule 33. Interrogatories to Parties
(a) IN GENERAL.
(1) *Number.* Unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories,

- 2 -
ROBERT J. FIORE, P.A.

CASE NO. 13-20545-Civ-KMM-Moore

including all discrete subparts. Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(2).

Defendant's initial interrogatories dated June 4, 2013 contained 25 interrogatory questions, not including subparts. Defendant has violated Rule 33 by not seeking leave of court before serving these Expert interrogatories.

In addition, the disclosure of expert witness information is governed by Rule 26 of the Federal Rules of Civil Procedure. In this case, the parties are in agreement that the disclosure date is October 29, 2013. Plaintiff will disclose all required expert witness information on or before that time, and further objects to the extent Defendant's Expert interrogatories request information that is not required to be provided under Rule 26.

## INTERROGATORY # 2:

For each expert witness listed in interrogatory No. 1, state in detail:

    (a) The subject matter on which said expert is expected to testify.

    (b) The opinions that each such person will testify to at the trial of this cause.

    (c) The facts upon which each opinion set forth above is based; and as to each fact that is in any way relied upon by such person in arriving at his opinion, state:

        (i) The name and address of the person supplying such facts.

        (ii) The form in which such facts were supplied to him/her

## ANSWER:

    See # 1 above.

## INTERROGATORY # 3:

If any person named in answer to interrogatory number 1 above has submitted a written report or opinion related to the subject matter of this case, state:

    (a) The name of the person submitting such written report or opinion.

    (b) The date(s) of such written report or opinion.

    (c) The name and address of the person to whom such written report or opinion was submitted.

- 3 -

CASE NO. 13-20545-Civ-KMM-Moore

(d) A detailed explanation of any and all assumptions Mr. Zimmerman made in forming his opinions

(e) Any and all data Mr. Zimmerman relied upon in forming his opinions.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 4:**

Please attach a copy of each such written report or opinion set forth in your answer to interrogatory number 3 above to your answers to these interrogatories.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 5:**

State whether or not you object to a deposition of any expert named in your answer to Interrogatory No. 1.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 6:**

For each expert identified above, please state his or her general litigation experience, including the percentage of worked performed for Plaintiffs and Defendants.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 7:**

For each expert identified above, please list any and all cases in which he or she has testified by deposition or at trial in the past three (3) years. For each case, please provide the full case name; the court in which the case was litigated; the cases number; the name of the party for whom he or she provided an opinion; the topic which he or she testified about; and the name, address, and telephone number of the attorney who retained his or her services.

- 4 -
ROBERT J. FIORE, P.A.

2013-10-09  14:20   Robert J. Fiore, PA          305-358-4019  >> er White Burnett   P 5/6

CASE NO. 13-20545-Civ-KMM-Moore

**ANSWER:**

See # 1 above.

**INTERROGATORY # 8:**

For each expert identified above, please approximate the portion of his or her professional time devoted to service as an expert during the last three (3) years, which may be based on the number of hours expended or a fair estimate of his/her percentage of income earned from expert work.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 9:**

With regard to each expert identified in interrogatory No. 1 above, please state the following:

(a) The number of times that the Law Offices of Robert J. Fiore, a Professional Association has retained the individual as an expert during the last three (3) years.

(b) The total amount of money billed by the expert to the Law Offices of Robert J. Fiore, a Professional Association in the last three (3) years.

(c) The identity of all deposition transcripts and trial transcripts the Law Offices of Robert J. Fiore, a Professional Association presently has in its possession regarding testimony given by this expert during the last three (3) years.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 10:**

Please explain in detail any and all conversations between Mr. Zimmerman and Plaintiff's counsel prior to suit being filed regarding Mr. Zimmerman advising Plaintiff's counsel that he could write a report claiming a code defect for any fall down case off a walkway.

**ANSWER:**

See # 1 above.

ROBERT J. FIORE, P.A.

2013-10-09  14:28   Robert J. Fiore, PA   305-358-4019 >> er white burnett   P 7/8

CASE NO. 13-20545-Civ-KMM-Moore

**INTERROGATORY # 11:**

Please explain all calls and meetings between Mr. Zimmerman and Mr. Fiore where Mr. Zimmerman explained how he can find claimed code violations for fall down cases.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 12:**

Please produce all emails at any time and all letters at any time between Mr. Zimmerman and Mr. Fiore or Mr. Fiore's office. If you will not produce the emails without a Request for Production, then please list the date, subject matter, and description of each email between Mr. Zimmerman and Mr. Fiore or Mr. Fiore's office.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 13:**

Please explain in detail how Mr. Fiore learned of Mr. Zimmerman's services as an expert witness.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 14:**

Please explain in detail how and when Mr. Zimmerman contacted Mr. Fiore to offer expert testimony services.

**ANSWER:**

See # 1 above.

**INTERROGATORY # 15:**

Has Mr. Zimmerman ever advertised, be it in any publication, computer network, or other source, his or her willingness or availability to testify as an expert witness?

**ANSWER:**

See # 1 above.

ROBERT J. FIORE, P.A.

CASE NO. 13-20545-Civ-KMM-Moore

**INTERROGATORY #16:**

Has Mr. Zimmerman ever had any of his opinions disqualified?
If so, as to each disqualified opinion, please state the style of the case, the court where the case was filed, and describe the opinion that was disqualified.

**ANSWER:**

See # 1 above.

**INTERROGATORY #17:**

Explain in detail any consultation or other professional services Mr. Zimmerman performed on behalf of the City of Miami Building Department or other government organization that involved interpreting the Miami-Dade Building Code and/or advising regarding the Miami-Dade Building Code, including the specific sections interpreted.

**ANSWER:**

See # 1 above.

**INTERROGATORY #18:**

Please identify all trade shows or Plaintiff Bar events that Mr. Zimmerman has attended in the past five (5) years.

**ANSWER:**

See # 1 above.

- 7 -
ROBERT J. FIORE, P.A.